# Court of Appeals
# of the State of Georgia

ATLANTA, April 04, 2013

*The Court of Appeals hereby passes the following order:*

**A13A0865. JILL ELISA CHAMBERS v. DEMOCRATIC PARTY OF GEORGIA, INC. ET AL.**

Appellant has filed a motion to dismiss the above-styled appeal. Appellant's motion is hereby GRANTED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, April 04, 2013.*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


_____, *Clerk.*